

ATTORNEYS AT LAW

**James H. Forte**
973-645-4833
jforte@saiber.com

April 11, 2013


Via ECF
The Honorable Esther Salas
United States District Court
District of New Jersey
M.L. King Jr. Fed. Bldg & Courthouse
Room 5076
50 Walnut Street
Newark, New Jersey 07102

        Re:   Patient Care Associates LLC a/s/o
               D.C.S. and D.G. v. Cablevision, et al.
               Civil Action No. 13-01806 (ES)(SMM)

Dear Judge Salas:

        I write on behalf of defendant CSC Holdings, LLC,
incorrectly identified as Cablevision, to request that the Court
execute the enclosed Stipulation and Order extending the time in
which defendant may serve an answer, move or otherwise respond to
the Complaint until April 29, 2013 in this matter.

        The basis for this request is that CSC Holdings, LLC
needs additional time to attempt to investigate the facts
underlying the Complaint and, based upon the information obtained
from that investigation, determine how to respond.  By way of
example only, plaintiff brings this action as a subrogee of
certain patients under an Assignment of Benefits Agreement but
has not attached that Assignment Agreement to the Complaint.
Plaintiff also refers in its Complaint to certain Explanations of
Benefits ("EOBs") that defendant issued to these patients but did
not attach the EOBs to its Complaint and has not identified the
names of the patients.

Saiber LLC · 18 Columbia Turnpike · Suite 200 · Florham Park, New Jersey · 07932 · Tel 973.622.3333 · Fax 973.622.3349 · www.saiber.com

{00772546.DOC}    Florham Park  ·  Newark  ·  New York  ·  Atlantic City  ·  Point Pleasant Beach

The Honorable Esther Salas
April 11, 2013
Page 2


        Assuming the Court finds the enclosed Stipulation and
Order acceptable, I respectfully request that the Court execute
it and arrange for its e-filing.

        I appreciate the Court's indulgence in this regard.

                        Respectfully submitted,


                        JAMES H. FORTE

JHF:cj
Enclosure
cc:  Andrew R. Brosnick, Esq. (via ecf w/enclosure)


{00772546.DOC}