**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PATIENT CARE ASSOCIATES LLC a/s/o
D.C.S. & D.G.,

> Plaintiff(s),

v,

CABLEVISION; ABC CORP. (1-10) (Said
names being fictitious and unknown entities)

> Defendant(s),

CIVIL ACTION NO.: 2:13-cv-01806

**CIVIL ACTION**

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

It is hereby stipulated and agreed that all claims against Cablevision in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated:  May 24, 2013
        28th

So Ordered —
Esther Salas, U.S.D.J

Massood & Bronsnick,
LLC
Attorneys at Law